# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| In Re: | § | Case No. 19-11417 |
| | § | |
| **Michelle Patterson** | § | |
| | § | |
| | § | |
| | § | |
| Debtor | § | Chapter 13 Bankruptcy |

## MOTION TO EXTEND TIME FOR FILING CHAPTER 13 SCHEDULES, STATEMENTS, SUMMARY AND PLAN

NOW COMES, **Michelle Patterson,** Debtor, and files this Motion to Extend Time for Filing Schedules, Statements, Summary and Plan and would show the Court the following:

1. Debtor filed an emergency petition for relief under Chapter 13 on October 21, 2019.

2. Debtor requests an extension to November 8, 2019 to file the Schedules, Statements, Summary and Plan in this matter and in order to provide their Legal Counsel with missing financial information.

Respectfully submitted,
Law Office of Susan G. Taylor


/s/ Susan G. Taylor
Susan G. Taylor
SBN: 19723660
Law Office of Susan G. Taylor
1502 West Avenue
Austin, Texas 78701
Phone (512) 476-2000
Fax (512) 476-2002
Email: susan@susangtaylor.com

***SEE ATTACHED PROPOSED ORDER***

## CERTIFICATE OF SERVICE

I verify by my signature below that a true and correct copy of the foregoing document has been forwarded on via U.S. Postal Service, first-class, pre-paid postage, and/or by CM/ECF to each party listed below on this the 4th day of November.

                 /s/ Susan G. Taylor
                   Susan G. Taylor

Michelle Patterson
5110 Broadway Blvd Apt 2027
Garland, TX 75043

Deborah B. Langehennig
Chapter 13 Trustee
6201 Guadalupe St.
Austin, TX 78752

Please see exhibit "A"